#### Emory OLDHAM v. STATE.
7 Div. 316.

Supreme Court of Alabama.
April 18, 1935.

Rehearing Denied June 4, 1935.

McCord & McCord, of Gadsden, for petitioner.

A. A. Carmichael, Atty. Gen., for the State.

BOULDIN, Justice.

Petition of Emory Oldham for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Oldham v. State, 161 So. 546.

Writ denied.

ANDERSON, C. J., and GARDNER and FOSTER, JJ., concur.